```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ROSE URE MEZU                   *
                                *
                                *
                                *
      v.                        *    Civil Action No. WMN 11-03072
                                *
MORGAN STATE UNIVERSITY         *
      et al.                    *
                                *
         Defendant              *
                                *
*    *    *    *    *    *    *    *    *    *    *    *    *

## MEMORANDUM AND ORDER

On April 5, 2013, Plaintiff filed a motion to extend the discovery deadline from April 5, 2013, to May 24, 2013, pursuant to Fed. R. Civ. P. 6(b)(1)(A).  ECF No. 50.  Defendants oppose the motion.  ECF No. 51.

In her motion, Plaintiff provides the following grounds for an extension: (1) Plaintiff requested some documents on April 3, 2013, after deposing Dr. Newson-Horst on April 1, 2013, and the deadline for subpoena compliance falls after the discovery deadline; (2) Plaintiff was waiting for the deposition transcript to see if others need to be deposed; and (3) Plaintiff filed a motion to compel against the Defendants and Plaintiff's reply is due outside of the discovery deadline. With her reply, Plaintiff submitted the transcript of Dr. Newson-Horst's deposition.  One could reasonably infer from that transcript that the deposition was prematurely terminated after

the deponent became overly stressed, and that she became overly stressed when Defendants' counsel reminded her that what she said, including complaints about her superior, would be matters of public record. Plaintiff also explains how illness and some weather events have delayed the discovery process.

While Defendants object to the extension, they have presented no evidence that they would be prejudiced by a discovery deadline extension. For good cause shown, the Court will grant the extension.

Accordingly, IT IS this 18th day of April, 2013, by the United States District Court of the District of Maryland, ORDERED:

1) That Plaintiff's Motion for Extension of the Discovery Deadline, ECF No. 50, is GRANTED; and

2) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

                                        _____/s/_____
                                        William M. Nickerson
                                        Senior United States District Judge